# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY A. BROWN

NO. 2025 KW 1040

**DECEMBER 11, 2025**

---

In Re:    Randy A. Brown, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2020-206243.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

                              MRT
                              AHP
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT